# EXHIBIT "A"

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
United States of America

RECEIVED AUG 2 7 1980

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER: **VA 55-565**

VA ☑   VAU ☐

EFFECTIVE DATE OF REGISTRATION: **JUL 14 1980**
(Month) (Day) (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**① Title**

TITLE OF THIS WORK: SPANISH SWIRL RING (R-676)
NATURE OF THIS WORK: (See instructions) Jewelry Design
Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)
Title of Collective Work: ... Vol... No... Date... Pages...

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR: James Avery Craftsman, Inc.
Was this author's contribution to the work a "work made for hire"? Yes **X** No ......
DATES OF BIRTH AND DEATH: Born...... Died......
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ...U.S.A.... or Domiciled in ......
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No **X**
Pseudonymous? Yes...... No **X**
AUTHOR OF: Original Jewelry Design
If the answer to either of these questions is "Yes," see detailed instructions attached.

2
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ...... or Domiciled in ......
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
AUTHOR OF:

3
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ...... or Domiciled in ......
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
AUTHOR OF:

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year... 1980
DATE AND NATION OF FIRST PUBLICATION:
Date... May 5, 1980
Nation... U.S.A.

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
AVERY, accepted alternate designation for
James Avery Craftsman, Inc.
P.O. Box 1367
Kerrville, Texas 78028

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| | EXAMINED BY: *[signature]* | APPLICATION RECEIVED: **14 JUL 1980** | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| VA 55-565 | CHECKED BY: *[signature]* | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: **14 JUL 1980** | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: **308277 JUL 14 80** | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No .. X ...

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number............................Year of Registration..............................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
................................................................................

**(6) Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..........................
Account Number: ..................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **James Avery Craftsman, Inc.**
Address: **P.O. Box 1367**
        (Apt.)
**Kerrville, Texas     78208**
(City)        (State)        (ZIP)

**(7) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of     **James Avery Craftsman, Inc.**
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) .... *Susan Denman* [signature]
Typed or printed name ... **Susan Denman**     Date **7-8-80**

**(8) Certification** (Application must be signed)

**MAIL CERTIFICATE**
AUG 29 1980 (stamped T9)
(Certificate will be mailed in window envelope)

**James Avery Craftsman, Inc.**
(Name)
**P.O. Box 1367**
(Number, Street and Apartment Number)
**Kerrville, Texas    78208**
(City)   (State)   (ZIP code)

**(9) Address For Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE: 1979—281-421/11                July 1979—125,000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-754-502**

**Effective date of registration:**

December 30, 2010

---

## Title
- **Title of Work:** ROSE BLOSSOM RG (R-1444, R-1444-14)

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** January 20, 2010
- **Nation of 1st Publication:** United States

## Author
- **Author:** James Avery Craftsman Inc.
- **Author Created:** jewelry design
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** James Avery Craftsman Inc.
  PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions
- **Organization Name:** James Avery Craftsman Inc.
- **Address:** PO BOX 291367
  AVERY ROAD
  KERRVILLE, TX 78029 United States

## Certification
- **Name:** Judy Fabro
- **Date:** December 30, 2010

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-876-983**

**Effective date of registration:**

September 25, 2013

## Title
**Title of Work:** SCROLL CROSS RG (RG-1653-SS)

## Completion/Publication
**Year of Completion:** 2012
**Date of 1st Publication:** August 30, 2012    **Nation of 1st Publication:** United States

## Author
- **Author:** JAMES AVERY CRAFTSMAN INC.
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** JAMES AVERY CRAFTSMAN INC.
PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions
**Organization Name:** JAMES AVERY CRAFTSMAN INC.
**Address:** PO BOX 291367
AVERY ROAD
KERRVILLE, TX 78029 United States

## Certification
**Name:** LINDA LAKE
**Date:** September 25, 2013

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-876-989

**Effective date of registration:**

September 25, 2013

---

## Title
**Title of Work:** BOW RG (RG-1654-SS)

## Completion/Publication
**Year of Completion:** 2012
**Date of 1st Publication:** September 12, 2012   **Nation of 1st Publication:** United States

## Author
- **Author:** JAMES AVERY CRAFTSMAN INC.
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** JAMES AVERY CRAFTSMAN INC.
PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions
**Organization Name:** JAMES AVERY CRAFTSMAN INC.
**Address:** PO BOX 291367
AVERY ROAD
KERRVILLE, TX 78029 United States

## Certification
**Name:** LINDA LAKE
**Date:** September 25, 2013

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-144-830**

**Effective date of registration:**

September 25, 2013

---

## Title
**Title of Work:** ABOUNDING VINE BAND (RG-1708-SS)

## Completion/Publication
**Year of Completion:** 2013

## Author
- **Author:** JAMES AVERY CRAFTSMAN INC.
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** JAMES AVERY CRAFTSMAN INC.
PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions
**Organization Name:** JAMES AVERY CRAFTSMAN INC.
**Address:** PO BOX 291367
AVERY ROAD
KERRVILLE, TX 78029 United States

## Certification
**Name:** LINDA LAKE
**Date:** September 25, 2013



# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Donald C. Curran*

ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA  177-855**

VA / VAU

EFFECTIVE DATE OF REGISTRATION

**JAN 22 1985**
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ — ROSEBUD CROSS  (C-687)
NATURE OF THIS WORK ▼ See instructions — Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2** NAME OF AUTHOR ▼
a  James Avery Craftsman, Inc.
DATES OF BIRTH AND DEATH  Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?  ☒ Yes  ☐ No
AUTHOR'S NATIONALITY OR DOMICILE  Name of Country  Citizen of ▶ USA  OR  Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK  Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original Jewelry Design

b  NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH  Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE  Name of country  Citizen of ▶  OR  Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK  Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c  NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH  Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE  Name of Country  Citizen of ▶  OR  Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK  Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1984 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ OCTOBER  Day ▶ 02  Year ▶ 1984
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼

J. A., accepted alternate designation for
James Avery Craftsman, Inc.
P. O. Box 1367
Kerrville, Texas 78028

APPLICATION RECEIVED
JAN 22 1985
ONE DEPOSIT RECEIVED
JAN 22 1985
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
437953 JAN 22 85

See instructions before completing this space.

TRANSFER  If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

VA 177-855

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                         **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

James Avery Craftsman, Inc.
P. O. Box 1367
Kerrville, Texas  78028

Area Code & Telephone Number ▶ (512) 895-1122 ext. 251

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of James Avery Craftsman, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Stella Ramirez                                                     date ▶ 1-15-85

Handwritten signature (X) ▼
_Stella Ramirez_

**MAIL CERTIFI- CATE TO**

Name ▼
James Avery Craftsman, Inc.
Number/Street/Apartment Number ▼
P. O. Box 1367
City/State/ZIP ▼
Kerrville, Texas  78028

**Certificate will be mailed in window envelope**

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1983: 381-278/504                                                  August 1983—120,000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-746-397**

Effective date of registration:

October 28, 2010

---

## Title
**Title of Work:** HIS LOVE CROSS(C-1204)(C-1204-14)

## Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** August 31, 2009      **Nation of 1st Publication:** United States

## Author
- **Author:** James Avery Craftsman Inc.
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** James Avery Craftsman Inc.
PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions
**Organization Name:** James Avery Craftsman Inc.
**Address:** PO BOX 291367
AVERY ROAD
KERRVILLE, TX 78029  United States

## Certification
**Name:** Judy Fabro
**Date:** October 28, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-164-884**

**Effective date of registration:**

March 20, 2014

---

## Title
**Title of Work:** ENAMEL FLORAL MISSION CROSS WITH TURQUOISE (CM-2561-SS)

## Completion/Publication
**Year of Completion:** 2013

## Author
- **Author:** JAMES AVERY CRAFTSMAN INC.
 **Author Created:** jewelry design
 **Work made for hire:** Yes
 **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** JAMES AVERY CRAFTSMAN INC.
PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions
**Organization Name:** JAMES AVERY CRAFTSMAN INC.
**Address:** PO BOX 291367
AVERY ROAD
KERRVILLE, TX 78029 United States

## Certification
**Name:** LINDA LAKE
**Date:** March 20, 2014

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



FORM VA
UNITED STATES COPYRIGHT OFFICE

VA 855-189

EFFECTIVE DATE OF REGISTRATION

MAY 19 1997

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK: Mother's Love Pin  ( P-911 )
NATURE OF THIS WORK: Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work:

If published in a periodical or serial give: Volume / Number / Issue Date / On Pages

**2 a** NAME OF AUTHOR: JAMES AVERY CRAFTSMAN, INC.
DATES OF BIRTH AND DEATH: Year Born / Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes  ☐ No
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☒ No   Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP: Original Jewelry Design

**b** NAME OF AUTHOR:
[blank]

**c** NAME OF AUTHOR:
[blank]

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 1996
**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK: Month July  Day 26  Year 1996   USA

**4** COPYRIGHT CLAIMANT(S): J.A., accepted alternate designation for JAMES AVERY CRAFTSMAN, INC.  P. O. Box 1367, Kerrville, TX 78029-1367

APPLICATION RECEIVED: MAY 19 1997
ONE DEPOSIT RECEIVED: MAY 19 1997
TWO DEPOSITS RECEIVED:
REMITTANCE NUMBER AND DATE:

TRANSFER: If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

Page 1 of 2 pages

EXAMINED BY _____

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                               **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

JAMES AVERY CRAFTSMAN, INC.
P. O. BOX 1367
KERRVILLE, TX 78029-1367

Area Code & Telephone Number ▶   210-895-1122

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   JAMES AVERY CRAFTSMAN, INC.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

       GLORIA R. CORTEZ                                          date ▶ 05/13/97

Handwritten signature (X) ▼
   *Gloria R. Cortez*

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
JAMES AVERY CRAFTSMAN, INC.
Number/Street/Apartment Number ▼
P. O. BOX 1367
City/State/ZIP ▼
KERRVILLE, TX 78029-1367

**Certificate
will be
mailed in
window
envelope**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-754-561**

Effective date of registration:

December 30, 2010

## Title
- **Title of Work:** ROSE BLOSSOM PNDT (CM-1982, CM-1982-14)

## Completion/Publication
- **Year of Completion:** 2009
- **Date of 1st Publication:** December 23, 2009
- **Nation of 1st Publication:** United States

## Author
- **Author:** James Avery Craftsman Inc.
- **Author Created:** jewelry design
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** James Avery Craftsman Inc.
  PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions
- **Organization Name:** James Avery Craftsman Inc.
- **Address:** PO BOX 291367
  AVERY ROAD
  KERRVILLE, TX 78029 United States

## Certification
- **Name:** Judy Fabro
- **Date:** December 30, 2010

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER: VA 65-098

VA ☒   VAU ☐

EFFECTIVE DATE OF REGISTRATION: 02 JAN 1981

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

### 1 Title

**TITLE OF THIS WORK:** ROSE SLIDE RING (R-690)

**NATURE OF THIS WORK:** Jewelry Design

Previous or Alternative Titles:

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ......... Vol ..... No ..... Date ..... Pages .....

### 2 Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
- NAME OF AUTHOR: James Avery Craftsman, Inc.
- Was this author's contribution to the work a "work made for hire"? Yes X  No
- DATES OF BIRTH AND DEATH: Born ..... Died .....
- AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A. or Domiciled in .....
- WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ..... No X  Pseudonymous? Yes ..... No X
- AUTHOR OF: (Briefly describe nature of this author's contribution) Original Jewelry Design

**2**
- NAME OF AUTHOR:
- Was this author's contribution to the work a "work made for hire"? Yes ..... No .....
- AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ..... or Domiciled in .....
- WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ..... No .....  Pseudonymous? Yes ..... No .....
- AUTHOR OF:

**3**
- NAME OF AUTHOR:
- Was this author's contribution to the work a "work made for hire"? Yes ..... No .....
- AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ..... or Domiciled in .....
- WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ..... No .....  Pseudonymous? Yes ..... No .....
- AUTHOR OF:

### 3 Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1980

**DATE AND NATION OF FIRST PUBLICATION:**
Date: October 22, 1980
Nation: U.S.A.

### 4 Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

James Avery Craftsman, Inc.
P.O. Box 1367
Kerrville, Texas 78028

**TRANSFER:** (If the copyright claimant(s) named here in space 4 is different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached
- Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| | EXAMINED BY: | APPLICATION RECEIVED | |
|---|---|---|---|
| VA 65-098 | CHECKED BY: | 02 JAN 1981 | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 02 JAN 1981 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 70722 JAN 2 81 | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No X .....

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
    ☐ This is the first published edition of a work previously registered in unpublished form.
    ☐ This is the first application submitted by this author as copyright claimant.
    ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number............................. Year of Registration..............

**5 Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................

**6 Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ........................

Account Number: ........................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: James Avery Craftsman, Inc.
Address: P.O. Box 1367
                                                                        (Apt.)
Kerrville, Texas   78028
(City)                (State)              (ZIP)

**7 Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of   James Avery Craftsman, Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ....... *Susan Denman* .......
Typed or printed name: Susan Denman         Date: 12/23/80

**8 Certification** (Application must be signed)

| | MAIL CERTIFICATE TO | 9 |
|---|---|---|
| James Avery Craftsman, Inc. (Name) P.O. Box 1367 (Number, Street and Apartment Number) Kerrville, Texas  78028 (City)      (State)      (ZIP code) | (Certificate will be mailed in window envelope) | Address for Return of Certificate |

* 17 U.S.C. § 506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1979-281-421/5                                                               March 1979—100,000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-850-188**

**Effective date of registration:**

February 11, 2013

---

## Title
- **Title of Work:** ROSE BLOSSOM EP (EP-1723-SS)

## Completion/Publication
- **Year of Completion:** 2012
- **Date of 1st Publication:** March 23, 2012
- **Nation of 1st Publication:** United States

## Author
- **Author:** James Avery Craftsman Inc.
- **Author Created:** jewelry design
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** James Avery Craftsman Inc.
  PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions
- **Organization Name:** James Avery Craftsman Inc.
- **Address:** PO BOX 291367
  AVERY ROAD
  KERRVILLE, TX 78029  United States

## Certification
- **Name:** Judy Fabro
- **Date:** February 11, 2013

Page 1 of 1