AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES AVERY CRAFTSMAN, INC. | § | |
| vs. | § | NO: SA:16-CV-00463-OLG |
| MOON BROTHERS MANAGEMENT, INC., | § | |
| SAM MOON TRADING ENTERPRISES, | § | |
| LTD., JC & ME COLLECTION, INC., | § | |
| MODERN SILVER JEWELRY, INC. | § | |

## NOTICE, CONSENT/NON CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

_____ *Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

__X__ *Non Consent to a magistrate judge's authority.* The following parties do not consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Moon Brothers Mgmt., Inc. | /s/Benjamin J. Setnick | 11/21/2016 |
| Sam Moon Trading Enterprises | /s/Benjamin J. Setnick | 11/21/2016 |
| | | |
| | | |

## Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____       _____

*District Judge's signature*

_____

*Printed name and title*