UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES AVERY CRAFTSMAN, INC. § | |
| § | |
| vs. § | NO: SA: 16-CV-00463-OLG |
| § | |
| SAM MOON TRADING ENTERPRISES § | |
| LTD. dba SAM MOON TRADING CO., § | |
| MOON BROTHERS MANAGEMENT, § | |
| INC. dba SAM MOON GROUP, JC & ME § | |
| COLLECTION, INC., MODERN SILVER § | |
| JEWELRY, INC. § | |

### STIPULATION OF DISMISSAL OF MOON BROTHERS MANAGEMENT, INC. WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff James Avery Craftsman, Inc. ("James Avery") and Defendants Sam Moon Trading Enterprises Ltd. dba Sam Moon Trading Co., ("Sam Moon"), Moon Brothers Management, Inc. dba Sam Moon Group ("Moon Brothers"), and Modern Silver Jewelry, Inc. ("Modern Silver"), by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal of Moon Brothers Management, Inc. Without Prejudice.

Fed. R. Civ. P. 41(a)(1)(A) provides, in pertinent part, that "[t]he plaintiff may dismiss an action without a court order by filing: . . . (ii) a stipulation of dismissal signed by all parties who have appeared." As indicated in the signature blocks below, all parties that have appeared in this action have signed this stipulation.

Accordingly, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), James Avery and Moon Brothers, through their undersigned counsel, stipulate that Moon Brothers shall be dismissed without prejudice from James Avery's Amended Complaint, with each party to bear its own costs and attorneys' fees.

This stipulation does not affect the rights or claims of James Avery against any other defendant in this litigation. James Avery's Amended Complaint and this action with regard to the remaining defendants remains in effect unless and until specifically dismissed.

Respectfully submitted this 9th day of December 2016

By: /s/ J. Daniel Harkins
J. Daniel Harkins
State Bar No. 09008990
dharkins@dykema.com
Sherri Wilson
State Bar No. 24075291
swilson@dykema.com
DYKEMA COX SMITH
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
T: (210) 554-5500
F: (210) 226-8395

*Attorneys for Plaintiff*
*James Avery Craftsman, Inc.*

By: /s/ Benjamin Setnick
Benjamin J. Setnick
State Bar No. 24058820
bensetnick@andrewskurth.com
Matthew Nielsen
State Bar No. 24032792
matthewnielsen@andrewskurth.com
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, TX 75201
Phone: 214-659-4400
Fax: 214-659-4401

*Attorneys for Defendants*
*Moon Brothers Management, Inc. and*
*Sam Moon Trading Enterprises, Ltd.*

By: /s/ Eric Hinojosa
Eric A. Hinojosa
State Bar No. 24092519
eric@ehiplaw.com
LAW OFFICE OF ERIC HINOJOSA PLLC
190 Palma Noce
San Antonio, TX 78253
Phone: 210-722-0312

*Attorney for Defendant*
*Modern Silver Jewelry, Inc.*