**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JAMES AVERY CRAFTSMAN, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 5:16-cv-00463-OLG** |
| | § | |
| **SAM MOON TRADING ENTERPRISES,** | § | |
| **LTD. dba SAM MOON TRADING CO.;** | § | |
| **JC & ME COLLECTION, INC.; and** | § | |
| **MODERN SILVER JEWELRY, INC.;** | § | |
| **SHENZEN MASCOT JEWELRY CO.,** | § | |
| **LTD.; and JOHN DOE,** | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff James Avery Craftsman, Inc. ("James Avery") files this Second Amended Complaint seeking injunctive relief and damages from Sam Moon Trading Enterprises, Ltd. d/b/a Sam Moon Trading Co ("Sam Moon"); JC & ME Collection, Inc. ("JC&ME"); Modern Silver Jewelry, Inc. ("Modern Silver"); Shenzen Mascot Jewelry Co., Ltd. ("Mascot"); and John Doe (collectively, "Defendants") based on Defendants' infringement of James Avery's registered copyrights and violation of the National Stamping Act. This is an action for copyright infringement and unfair competition by violating the National Stamping Act.

**PARTIES**

1.      James Avery Craftsman, Inc. is a Texas corporation with its principal place of business in Kerrville, Texas.

2.      Defendant Sam Moon Trading Enterprises, Ltd. is a Texas limited partnership located at 2605 Lyndon B. Johnson Frwy., Suite A, Dallas, Texas 75235.  On information and belief, Sam Moon Trading Enterprises, Ltd. operates under the assumed name Sam Moon Trading Co.  The registered agent of Sam Moon Trading Enterprises, Ltd. is Daniel S. Moon, who may be served at the registered office located at 2605 Lyndon B. Johnson Frwy, Suite A, Dallas, Texas 75235.

3.      Defendant JC & ME Collection, Inc. is a New York domestic business corporation located at 4 South Oaks Blvd. Plainview, NY 11803.  JC & ME Collection, Inc. may be served through its Chief Executive Officer, Suk Il Lee at its New York Department of State registered address for service of process: 4S Oaks Blvd., Plainview, New York 11803.

4.      Defendant Modern Silver Jewelry, Inc. is a Texas for-profit corporation located at 6875 #E Harwin Dr., Houston, Texas 77036.  The registered agent of Modern Silver Jewelry, Inc. is Souk D. Thongdara who may be served at 9335 Stonecreek Ln., Houston, Texas 77036.

5.      Upon information and belief, Defendant Shenzhen Mascot Jewelry Co., Ltd. is a Chinese company with its principal place of business at 14F, A2 Building, Pearl River Plaza, 9009 Longxiang Ave., Longcheng St., Loanggang District, Shenzhen, Guangdong, China and operates its business in the United States.

6.      Upon information and belief, JOHN DOE is a person or entity whose true name, identity, and capacities are unknown to James Avery, but who has caused James Avery harm by manufacturing and supplying products to, at least, Defendant Modern Silver Jewelry, Inc. for sale in the United States that infringe James Avery's valid copyrights.  When the true identity of

JOHN DOE is determined, James Avery intends to seek leave to amend its complaint to provide such information and any related and relevant information that is then discovered.

## JURISDICTION AND VENUE

7.      The Court has jurisdiction over the copyright claims pursuant to 28 U.S.C. Section 1331 (federal question jurisdiction) and 28 U.S.C. Section 1338(a) because the claims arise under the laws of the United States and under an Act of Congress, namely the Copyright Act at 17 U.S.C. Section 101 *et seq.*  The Court has jurisdiction over the National Stamping Act violation claims pursuant to 28 U.S.C. Section 1331 and 28 U.S.C. Section 1338(a) because the claims arise under the laws of the United States and under an Act of Congress, namely the National Stamping Act at 15 U.S.C. Section 291 *et seq*.

8.      Venue of this action in this Court and district is proper pursuant to 28 U.S.C. Section 1391(b) because a substantial part of the events giving rise to James Avery's claims occurred in this district and Defendants have displayed, sold and distributed the infringing items described in this Complaint to the public within this district.

## Factual Background

9.      James Avery, a Texas corporation, is and for many years has been involved in the business of creating, designing, manufacturing, marketing and selling original, copyrightable designs which are used in sculptures such as jewelry.

10.      The designs created by James Avery, by and through its employees, have been produced through the expenditure of considerable labor, skill and judgment on the part of James Avery, and contain original designs and are copyrightable subject matter under the laws of the United States.

**A.      Defendants' Copyright Infringement**

(i)   *James Avery's Copyrighted Designs*

11.      James Avery has complied in all respects with Title 17 of the United States Code, and all other laws governing copyrights, and thereby has secured the exclusive rights and privileges in and to the copyrights of numerous designs and has received from the Register of Copyrights of the United States Copyright Office certain Certificates of Copyright Registrations covering its original designs (James Avery's "Designs").   In particular, James Avery has obtained copyright registrations for the following designs (collectively referred to herein as the "Registered Designs"):

| Name and JAC Product Number | Certificate of Copyright Registration No. | Effective Date of Registration | Date of First Publication |
|---|---|---|---|
| Spanish Swirl Ring JAC Product No. R-1333 | VA-0000-055-565 (Registered under JAC Product No. R-676) | July 14, 1980 | May 5, 1980 |
| Rose Blossom Ring JAC Product No. R-1444 | VA-0001-754-502 | Dec. 30, 2010 | Jan. 20, 2010 |
| Scroll Cross Ring JAC Product No. R-1653 | VA-0001-876-983 | Sept. 25, 2013 | Aug. 30, 2012 |
| Bow Ring JAC Product No. R-1654 | VA-0001-876-989 | Sept. 25, 2013 | Sept. 12, 2012 |
| Abounding Vine Band JAC Product No. R-1708 | VAu-0001-144-830 | Sept. 25, 2013 | Year of Completion 2013 |
| Rosebud Cross JAC Product No. C-687 | VA-0000-177-855 | Jan. 22, 1985 | Oct. 2, 1984 |
| His Love Cross JAC Product No. C-1204 | VA-0001-746-397 | Oct. 28, 2010 | Aug. 31, 2009 |
| Enamel Floral Mission Cross with Turquoise JAC Product No. C-2568TQ-EN | VAu-0001-164-884 (Registered Under JAC Product No. CM-2561) | March 20, 2014 | Year of Completion 2013 |

| Name and JAC Product Number | Certificate of Copyright Registration No. | Effective Date of Registration | Date of First Publication |
|---|---|---|---|
| Mother's Love Charm JAC Product No. CM-1530 | VA-0001-033-299 | May 16, 2000 | April 25, 2000 |
| Mother's Love Pin JAC Product No. CM-1669 | VA-0000-855-189 (Registered Under JAC Product No. P-911) | May 19, 1997 | July 26, 1996 |
| Rose Blossom Pendant JAC Product No. CM-1982 | VA-0001-754-561 | Dec. 30, 2010 | Dec. 23, 2009 |
| Rose Slide Ring/Rose Ear Posts JAC Product No. EP-531 | VA-0000-065-098 (Registered Under JAC Product No. R-690) | Jan. 2, 1981 | Oct. 22, 1980 |
| Rose Blossom Ear Posts JAC Product No. EP-1723 | VA-0001-850-188 | Feb. 11, 2013 | March 23, 2012 |

The Certificates of Copyright Registration for each of these works are attached hereto at Exhibit "A" and are collectively referred to herein as the "Copyright Registrations."  Records of such Copyright Registrations are publicly available through the United States Copyright Office, whose public records are incorporated herein.  The Copyright Registrations are valid and enforceable, and all rights, title and interest in and to them belong solely to James Avery.

12.    James Avery has sold and published jewelry incorporating all of the Designs in accordance with Section 401 of Title 17 of the United States Code and the federal laws governing copyrights.

### (ii)  *Defendants' Infringement of the Copyright-Protected Designs*

13.    Sam Moon owns and operates a large chain of retail stores across Texas.  The Sam Moon stores are highly popular, offering thousands of square feet of bracelets, necklaces, earrings, handbags, shoes, and other products.

14.    Sam Moon operates in the same geographic area as James Avery.

15.     Recently, James Avery discovered that Sam Moon was selling numerous unauthorized copies of James Avery's copyright-protected, original jewelry Designs at its retail stores located in the cities of Shenandoah, Houston, Austin, Dallas and San Antonio in Texas (hereinafter, the unauthorized copies are referred to as the "Infringing Products").  Upon information and belief, Sam Moon may have also sold Infringing Products through its online store located at www.sammoon.com (the "Online Store").

16.     Upon information and belief, the Infringing Products were sold to Sam Moon by JC&ME and Modern Silver.

17.     Upon information and belief, the Infringing Products sold by JC&ME were originally manufactured by Mascot and sold to JC&ME.

18.     Upon information and belief, the Infringing Products sold by Modern Silver were originally manufactured by JOHN DOE and sold to Modern Silver.

19.     Sam Moon has been selling at least the following Infringing Products of which James Avery is aware, sold to Sam Moon by JC&ME and manufactured by Mascot and sold to Sam Moon by Modern Silver and manufactured by JOHN DOE, as indicated below where the Infringing Products are offered in an accurate side-by-side comparison next to the copyright-protected original Designs of James Avery:

| Copyright Reg. No. | Photograph of James Avery Work & Product No. | Photograph of Infringing Product & Item No. | Infringing Product Seller (Manufacturer) |
|---|---|---|---|
| VA-0000-055-565 | © Copyright James Avery Craftsman<br>Spanish Swirl Ring<br>JAC No. R-1333 | Sam Moon Number Unknown | Modern Silver (JOHN DOE) |

| Copyright Reg. No. | Photograph of James Avery Work & Product No. | Photograph of Infringing Product & Item No. | Infringing Product Seller (Manufacturer) |
|---|---|---|---|
| VA-0001-754-502 | Rose Blossom Ring JAC No. R-1444 | Sam Moon "JC-M2194" | JC&ME (MASCOT) |
| VA-0001-876-983 | Scroll Cross Ring JAC No. R-1653 | Sam Moon "JC-M2168" | JC&ME (MASCOT) |
| VA-0001-876-989 | Bow Ring JAC No. R-1654 | Sam Moon Number Unknown | Modern Silver (JOHN DOE) |
| VAu-0001-144-830 | Abounding Vine Band JAC No. R-1708 | Sam Moon "JC-M2182" | JC&ME (MASCOT) |
| VA-0000-177-855 | Rosebud Cross JAC No. C-687 | Sam Moon "JCP0M506" | JC&ME (MASCOT) |
| VA-0001-746-397 | His Love Cross JAC No. C-1204 | Sam Moon Number Unknown | JC&ME (MASCOT) |

7

| Copyright Reg. No. | Photograph of James Avery Work & Product No. | Photograph of Infringing Product & Item No. | Infringing Product Seller (Manufacturer) |
|---|---|---|---|
| VAu-0001-164-884 | Enamel Floral Mission Cross with Turquoise JAC No. C-2568TQ-EN | Sam Moon "JCP-M5058" | JC&ME (MASCOT) |
| VA-0001-033-299 | Mother's Love Charm JAC No. CM-1530 | Sam Moon Number Unknown | JC&ME (MASCOT) |
| VA-0000-855-189 | Mother's Love Pin JAC No. CM-1669 | Sam Moon Number Unknown | JC&ME (MASCOT) |
| VA-0001-754-561 | Rose Blossom Pendant JAC No. CM-1982 | Sam Moon Number Unknown | JC&ME (MASCOT) |
| VA-0000-065-098 | Rose Ear Posts/Rose Slide Ring JAC No. EP-531 | Sam Moon Number Unknown | JC&ME (MASCOT) |

| Copyright Reg. No. | Photograph of James Avery Work & Product No. | Photograph of Infringing Product & Item No. | Infringing Product Seller (Manufacturer) |
|---|---|---|---|
| VA-0001-850-188 | Rose Blossom Ear Posts JAC No. EP-1723 | $18.99<br>Sam Moon Number Unknown | JC&ME (MASCOT) |

20.     Specifically, Sam Moon marketed and sold forgeries of the copyright-protected Designs listed above at its stores located in Shenandoah, Houston, Austin, Dallas and San Antonio, Texas.  Upon information and belief, the manufacturer Mascot sold the Infringing Products to JC&ME and JC&ME marketed and sold the Infringing Products to Sam Moon for sale in Texas.  Upon information and belief, the manufacturer JOHN DOE sold the Infringing Products to Modern Silver and Modern Silver marketed and sold the Infringing Products to Sam Moon for sale in Texas.

21.     Further, while the Infringing Products are identical or substantially similar forgeries of James Avery's original Designs, the Infringing Products are also inferior quality, shoddy copies of the Designs, and, upon information and belief, were manufactured using a lower percentage of silver, causing harm to James Avery's reputation to the general public who are familiar with the Copyright-Protected Designs and unique style of James Avery jewelry.

22.     Upon information and belief, additional Infringing Products not pictured above are currently, or have previously been, manufactured and/or offered for sale by Defendants.

### (iii) *Defendants' Infringement Is Willful*

23.     Upon information and belief, Defendants intentionally manufactured, marketed, and sold infringing copies of at least thirteen Registered James Avery Designs protected by the

following valid Copyright Registrations:  VA-0000-055-565 (Registered under JAC Product No. R-676);  VA-0001-754-502;  VA-0001-876-983;  VA-0001-876-989;  VAu-0001-144-830;  VA-0000-177-855;  VA-0001-746-397;  VAu-0001-164-884 (Registered Under JAC Product No. CM-2561-SS);  VA-0001-033-299;  VA-0000-855-189;  VA-0001-754-561;  VA-0000-065-098 (Registered Under JAC Product No. R-690);  VA-0001-850-188.

24.     Upon information and belief, Sam Moon sells all of the Infringing Products directly to the consumers to whom James Avery typically sells its products and operates in the same geographic area as James Avery.

25.     Upon information and belief, Defendants' infringement is intentional and Defendants intended to and did profit from the goodwill and reputation of James Avery's Designs and the unique style of James Avery jewelry.  Upon information and belief, Defendants sold their infringing reproductions for between $7.99 and $18.99—pieces for which James Avery Craftsman charges between $39.00 and $120.00 retail.

26.     Upon information and belief, Defendants have actual knowledge of James Avery and actual knowledge that the Infringing Products are exact copies of James Avery's copyright-protected original Designs, as evidenced from the nationally registered Copyright Registrations listed above, and the geographic proximity of Sam Moon's retail stores where the Infringing Products were sold and Modern Silver's corporate headquarters to James Avery's retail stores. Despite this actual knowledge, Defendants continue to willfully sell forgeries of the copyright-protected Designs.

27.     Upon information and belief, the Infringing Products continue to be manufactured, sold and/or remain available for sale by some of the Defendants at the time of the filing of this First Amended Complaint.

**B.**     **Violations of the Stamping Act**

28.     The Infringing Products copying JAC No. R-1444; JAC No. R-1653; JAC No. R-1333; JAC No. C-687; JAC No. R-1654; JAC No. R-1708 include the stamps "S925" indicating that those Infringing Products are made of at least 92.5 wt% Ag.-Silver.   Additionally, the Infringing Products copying JAC No. C-1204 and JAC No. C-2568TQ-EN, while not stamped, were sold as "Sterling Silver."   The law requires 92.5 wt% Ag. in order to designate an item "Sterling Silver."

29.     Upon information and belief, those Infringing Products were shoddy, inferior copies of James Avery's charms and were not made of 92.5% Ag.-silver.   As a result, Defendants also violated Sections 1 and 3 of the National Stamping Act.  15 U.S.C. §§ 294, 296.

30.     As creator, manufacturer and seller of its copyright-protected Designs which are manufactured using 92.5% Ag.-Silver, and as discussed in greater detail above, James Avery is a direct competitor of Defendants.   As a competitor, James Avery was injured by Defendants' violation of Sections 1 and 3 of the National Stamping Act.   *See* 15 U.S.C. § 298(b).   For example, consumers seeking 92.5% Ag.-Silver jewelry products in the above-described designs are likely to be misled into buying the Infringing Products, thinking they are Sterling Silver (at least 92.5% Ag.-Silver), instead of buying the corresponding genuine, 92.5% Ag-Silver James Avery products.

31.     Defendants' violation of the National Stamping Act by mismarking the above-listed Infringing Products as 92.5% Ag.-Silver is unfair competition with James Avery, an ethical company that produces and correctly marks its 92.5% Ag.-Silver charms.  James Avery cannot fairly compete with Defendants when James Avery is continuing to maintain the high quality of its silver charms and stamp them appropriately.

**C.**     **Injunctive and Monetary Relief Appropriate**

32.     James Avery has been and continues to be damaged by the aforementioned acts in a manner that cannot be fully measured or compensated in economic terms.  Defendants have profited from James Avery's original copyright-protected Designs and caused losses to James Avery and unfairly competed with James Avery, including by mismarking inferior infringing products as Sterling Silver.  Upon information and belief, Defendants have and will continue to engage in such unauthorized activities in interstate commerce.  James Avery has no adequate remedy at law and will suffer irreparable harm and damages as a result of Defendants' actions, in an amount presently incalculable.   Unless Defendants are restrained by this Court from continuing to sell infringing copies of James Avery's copyright-protected Designs and violating the National Stamping Act, James Avery's injuries will continue to occur.

33.     Defendants have profited and are continuing to profit through their intentional infringement of James Avery's copyrights and through their intentional infringement of the National Stamping Act.  Defendants' profits are in an amount yet to be determined.

<u>Count I</u>
<u>Copyright Infringement, 17 U.S.C. § 501</u>

34.     James Avery incorporates by reference paragraphs 1 through 31 as if set forth fully herein.

35.     All of the Designs are original works of authorship of James Avery.  James Avery is the lawful owner and holder of the copyrights in its Designs.

36.     With regard to the Registered Designs, James Avery is the lawful owner and holder of the Copyright Registrations identified above with respect to these original Registered Designs.  *See* Exhibit "A."

37.     Defendants' manufacturing, marketing, and sale of the infringing copies of James Avery's copyright-protected Designs was unauthorized, intentional and willful, and infringed James Avery's copyrights and harmed James Avery.

38.     Defendants' willful and unauthorized copying, production, distribution, sale and/or display of the Infringing Products has resulted in wrongful profits to Defendants, the full extent of which is yet undetermined, and losses to James Avery, the full extent of which is yet undetermined.

39.     By reason of Defendants' willful infringement of the copyright-protected Designs, Defendants have also diminished the value of James Avery's goodwill and reputation, resulting in monetary damage and irreparable injury to James Avery.

40.     By reason of Defendants' willful infringement of the copyright-protected Designs, Defendants have irreparably injured James Avery's rights in its Designs and, unless enjoined by this Court, will continue to do so.

### Count II
### Violation of the National Stamping Act

41.     James Avery incorporates by reference paragraphs 1 through 38 as if set forth fully herein.

42.     Upon information and belief, Defendants intentionally and/or knowingly marked the Infringing Products copying the James Avery items with the following product numbers: JAC No. R-1444; JAC No. R-1653; JAC No. R-1333; JAC No. C-687; JAC No. R-1654; JAC No. R-1708 with the stamp "S925" and/or marketing them as "Sterling Silver" which indicates that they should be at least 92.5 wt% Ag.  However, upon information and belief, these six Infringing Products are not made of 92.5 wt% Ag.

4841-1067-2189.1

43.     Defendants' intentional or knowing mismarking of the Infringing Products is in violation of the National Stamping Act at 15 U.S.C. Sections 294–298 and constitutes unfair competition against James Avery, as James Avery is an ethical jewelry maker that follows the National Stamping Act by properly marking its products according to their quality.  James Avery cannot compete with Defendants' six inferior Infringing Products that are intentionally mismarked as 92.5 wt% Ag.-Silver.

44.     Both Defendants and James Avery are manufacturing, marketing and selling products made from the same James Avery Designs, bearing stamps or other statements that indicate they are made of Sterling Silver (at least 92.5 wt% Ag.) to the same consumers in the same geographic region.  Defendants' intentional or knowing mismarking of the Infringing Products, in violation of the National Stamping Act, is likely to influence these consumers' purchasing decisions.

45.     Upon information and belief, Defendants are selling the mismarked Infringing Products in interstate commerce.

46.     As an ethical manufacturer of Sterling Silver (at least 92.5% Ag.) jewelry, James Avery has been injured and is likely to continue to be injured as a result of Defendants' mismarking of the Infringing Products as Sterling Silver jewelry.

47.     For these reasons and the reasons discussed in greater detail above, James Avery hereby asserts a claim against Defendants for injunctive and monetary relief pursuant to the National Stamping Act at 15 U.S.C. Section 298(b).

## **Jury Demand**

48.     James Avery hereby requests a trial by jury.

4841-1067-2189.1

## **Prayer**

WHEREFORE, Plaintiff James Avery Craftsman, Inc. prays that judgment be entered in its favor and against Defendants Sam Moon Trading Enterprises, Ltd. d/b/a Sam Moon Trading Co.; JC & ME Collection, Inc.; Modern Silver Jewelry, Inc.; Shenzhen Mascot Jewelry Co., Ltd.; and JOHN DOE on James Avery's claims asserted herein, and that the Court order as follows:

a.      That Defendants, and all agents or persons and entities in active concert or participation with them, be permanently enjoined from producing, utilizing, copying, reproducing, distributing, selling or displaying materials that infringe any of James Avery's Copyright-Protected Designs and immediately surrender to James Avery all Infringing Products in their possession, custody or control

b.      That Defendants be required to provide to James Avery the names and addresses of any other sellers or manufacturers of the Infringing Products and all records, invoices, shipping manifests, purchase orders, inventory records, and correspondence between Defendants and those entities;

c.      That James Avery be awarded its actual damages from Defendants sustained as a result of Defendants' copyright infringement of James Avery's Designs;

d.      That James Avery be awarded statutory damages against Defendants pursuant to 17 U.S.C. § 504(c)(1) in the amount of $30,000 per infringement for the infringements of the thirteen Registered Designs, unless the Court finds it proper to increase the amount of statutory damages up to a sum of $150,000 per infringement, pursuant to 17 U.S.C. Section 504(c)(2), for which case James Avery prays for the higher award;

e.      That Defendants be required to account for and to disgorge all profits obtained as a result of their copyright infringement;

f.      That James Avery be awarded the value of the damage to its goodwill and reputation sustained as a result of Defendants' copyright infringement;

g.      That Defendants and all agents or persons and entities in active concert or participation with them, be permanently enjoined from mismarking any products with the "925" stamp or the words "Sterling Silver," indicating Sterling Silver when the products are not at least 92.5 wt% Ag.-Silver.

h.      That James Avery be awarded its actual damages incurred as a result of Defendants' violation of the National Stamping Act;

i.      That Defendants be required to account for and to disgorge all profits obtained as a result of their violation of the National Stamping Act;

4841-1067-2189.1

j.    That James Avery be awarded its costs and attorneys' fees incurred in bringing this action;

k.    That Defendants be ordered to pay James Avery prejudgment and post-judgment interest; and

l.    That James Avery be granted such other and further legal and equitable relief against Defendants as the Court deems appropriate.

Dated:   December 13, 2016             Respectfully submitted,

                                       DYKEMA COX SMITH
                                       112 E. Pecan Street, Suite 1800
                                       San Antonio, Texas  78205
                                       (210) 554-5500 (Phone)
                                       (210) 226-8395 (Fax)


                                       By:   /s/ J. Daniel Harkins_____
                                           J. Daniel Harkins
                                           dharkins@dykema.com
                                           State Bar No. 09008990
                                           Sherri Wilson
                                           swilson@dykema.com
                                           State Bar No. 24075291

                                       *Attorneys for Plaintiff James Avery Craftsman, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, J. Daniel Harkins, certify that a true and correct copy of the foregoing instrument was served on the following parties in this case via e-mail correspondence to their counsel this 13th day of December, 2016.

Matthew G. Nielsen
Benjamin J. Setnick
**Andrews Kurth LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
*Attorneys for Sam Moon Trading Enterprises, Ltd.*
*d/b/a Sam Moon Trading Co.*


Eric A. Hinojosa
**LAW OFFICE OF ERIC HINOJOSA PLLC**
190 Palma Noce
San Antonio, TX 78253
Phone: 210-722-0312
*Attorneys for Modern Silver Jewelry, Inc.*

and the undersigned hereby certifies that the following non-CM/ECF participant is being served with a copy of the foregoing document by United States Postal Service first class mail, return receipt requested:

Mr. Suk Il Lee, CEO
JC & ME Collection, Inc.
4 South Oaks Blvd.
Plainview, NY 11803

*J. Daniel Harkins*
J. Daniel Harkins

17

4841-1067-2189.1

# EXHIBIT "A"

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

**VA** **55-565**

VA            VAU

EFFECTIVE DATE OF REGISTRATION

**JUL 1 4 1980**

(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**① Title**

TITLE OF THIS WORK:
SPANISH SWIRL RING   (R-676)

NATURE OF THIS WORK: (See instructions)
Jewelry Design

Previous or Alternative Titles

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ......................... Vol. ..... No. ..... Date ........ Pages .....

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1  NAME OF AUTHOR:
James Avery Craftsman, Inc.
Was this author's contribution to the work a "work made for hire"?   Yes X   No

DATES OF BIRTH AND DEATH:
Born ......... Died .........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ......U.S.A..... } or { Domiciled in ....................
(Name of Country)              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ..... No X
Pseudonymous?   Yes ..... No X

AUTHOR OF: (Briefly describe nature of this author's contribution)
Original Jewelry Design

If the answer to either of these questions is "Yes," see detailed instructions attached.

2  NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes ..... No .....

DATES OF BIRTH AND DEATH:
Born ......... Died .........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .................... } or { Domiciled in ....................
(Name of Country)              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ..... No .....
Pseudonymous?   Yes ..... No .....

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

3  NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes ..... No .....

DATES OF BIRTH AND DEATH:
Born ......... Died .........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .................... } or { Domiciled in ....................
(Name of Country)              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ..... No .....
Pseudonymous?   Yes ..... No .....

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year.....1980
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ......... May 5, 1980
(Month)    (Day)    (Year)
Nation ......... U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
AVERY, accepted alternate designation for
James Avery Craftsman, Inc.
P.O. Box 1367
Kerrville, Texas 78028

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ..... pages

| VA | 55-565 |
|---|---|

**EXAMINED BY:** *hen*
**CHECKED BY:** *(initials)*

**CORRESPONDENCE:**
☐ Yes

**DEPOSIT ACCOUNT FUNDS USED:**
☐

**APPLICATION RECEIVED:**
14 JUL 1980

**DEPOSIT RECEIVED:**
14 JUL 1980

**REMITTANCE NUMBER AND DATE:**
308277 JUL 14 80

**FOR COPYRIGHT OFFICE USE ONLY**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No . . **X** . . .

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . .

**(5) Previous Registration**

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**(6) Compilation or Derivative Work**

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: James Avery Craftsman, Inc.
Address: P.O. Box 1367
Kerrville, Texas    78208
(City)          (State)          (ZIP)

**(7) Fee and Correspondence**

---

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of
James Avery Craftsman, Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Susan Denman*

Typed or printed name: Susan Denman          Date 7-8-80

**(8) Certification (Application must be signed)**

---

James Avery Craftsman, Inc.
(Name)
P.O. Box 1367
(Number, Street and Apartment Number)
Kerrville, Texas    78208
(City)          (State)          (ZIP code)

**MAIL CERTIFICATE TO**
AU6 21 1980
(Certificate will be mailed in window envelope)

**(9) Address For Return of Certificate**

---

∴ U.S. GOVERNMENT PRINTING OFFICE: 1979—281-421/11                    July 1979—125,000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-754-502**

**Effective date of registration:**

December 30, 2010

---

## Title

**Title of Work:** ROSE BLOSSOM RG (R-1444, R-1444-14)

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 20, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** James Avery Craftsman Inc.

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** James Avery Craftsman Inc.

PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions

**Organization Name:** James Avery Craftsman Inc.

**Address:** PO BOX 291367

AVERY ROAD

KERRVILLE, TX 78029  United States

## Certification

**Name:** Judy Fabro

**Date:** December 30, 2010

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-876-983**

**Effective date of registration:**

September 25, 2013

## Title

**Title of Work:** SCROLL CROSS RG (RG-1653-SS)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 30, 2012   **Nation of 1st Publication:** United States

## Author

■ **Author:** JAMES AVERY CRAFTSMAN INC.

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** JAMES AVERY CRAFTSMAN INC.

PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions

**Organization Name:** JAMES AVERY CRAFTSMAN INC.

**Address:** PO BOX 291367

AVERY ROAD

KERRVILLE, TX 78029  United States

## Certification

**Name:** LINDA LAKE

**Date:** September 25, 2013

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-876-989

**Effective date of
registration:**

September 25, 2013

---

### Title ────────────────────────

**Title of Work:** BOW RG (RG-1654-SS)

### Completion/Publication ────────

**Year of Completion:** 2012

**Date of 1st Publication:** September 12, 2012    **Nation of 1st Publication:** United States

### Author ───────────────────────

**Author:** JAMES AVERY CRAFTSMAN INC.

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant ────────────

**Copyright Claimant:** JAMES AVERY CRAFTSMAN INC.

PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

### Rights and Permissions ─────────

**Organization Name:** JAMES AVERY CRAFTSMAN INC.

**Address:** PO BOX 291367

AVERY ROAD

KERRVILLE, TX 78029  United States

### Certification ─────────────────

**Name:** LINDA LAKE

**Date:** September 25, 2013

---

Page 1 of 1

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-144-830**

**Effective date of
registration:**

September 25, 2013

## Title
Title of Work: ABOUNDING VINE BAND (RG-1708-SS)

## Completion/Publication
Year of Completion: 2013

## Author
Author: JAMES AVERY CRAFTSMAN INC.

Author Created: jewelry design

Work made for hire: Yes

Citizen of: United States            Domiciled in: United States

## Copyright claimant
Copyright Claimant: JAMES AVERY CRAFTSMAN INC.

PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions
Organization Name: JAMES AVERY CRAFTSMAN INC.

Address: PO BOX 291367

AVERY ROAD

KERRVILLE, TX 78029  United States

## Certification
Name: LINDA LAKE

Date: September 25, 2013

Page 1 of 1

# CERTIFICATE OF COPYRIGHT REGISTRATION



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Donald C. Curran*

**ACTING REGISTER OF COPYRIGHTS**
*United States of America*

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA        177-855**

VA        VAU

EFFECTIVE DATE OF REGISTRATION

**JAN 2 2 1985**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼                    NATURE OF THIS WORK ▼ See instructions

ROSEBUD CROSS          (C-687)          Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

NAME OF AUTHOR ▼                    DATES OF BIRTH AND DEATH
                                    Year Born ▼        Year Died ▼

James Avery Craftsman, Inc.

Was this contribution to the work a "work made for hire"?          AUTHOR'S NATIONALITY OR DOMICILE          WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
☒ Yes          Name of Country          Anonymous?  ☐ Yes ☒ No        If the answer to either of these questions is "Yes," see detailed instructions.
☐ No          OR { Citizen of ▶ __USA__        Pseudonymous?  ☐ Yes ☒ No
                   Domiciled in ▶ _____

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original Jewelry Design

NAME OF AUTHOR ▼                    DATES OF BIRTH AND DEATH
                                    Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?          AUTHOR'S NATIONALITY OR DOMICILE          WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
☐ Yes          Name of country          Anonymous?  ☐ Yes ☐ No        If the answer to either of these questions is "Yes," see detailed instructions.
☐ No          OR { Citizen of ▶ _____        Pseudonymous?  ☐ Yes ☐ No
                   Domiciled in ▶ _____

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼                    DATES OF BIRTH AND DEATH
                                    Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?          AUTHOR'S NATIONALITY OR DOMICILE          WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
☐ Yes          Name of Country          Anonymous?  ☐ Yes ☐ No        If the answer to either of these questions is "Yes," see detailed instructions.
☐ No          OR { Citizen of ▶ _____        Pseudonymous?  ☐ Yes ☐ No
                   Domiciled in ▶ _____

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1984   ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ OCTOBER   Day ▶ 02   Year ▶ 1984
USA   ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S)   Name and address must be given even if the claimant is the same as the author given in space 2. ▼

J. A., accepted alternate designation for James Avery Craftsman, Inc.
P. O. Box 1367
Kerrville, Texas   78028

TRANSFER   If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 2 1985

ONE DEPOSIT RECEIVED
JAN 2 2 1985

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**437953 JAN 22 85**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

| EXAMINED BY | | **FORM VA** |
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

VA    177-855

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a.  Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b.  Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
James Avery Craftsman, Inc.
P. O. Box 1367
Kerrville, Texas  78028

Area Code & Telephone Number ▶  (512) 895-1122 ext. 251

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of James Avery Craftsman, Inc.
         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Stella Ramirez                                    date ▶ 1-15-85

Handwritten signature (X) ▼
_Stella Ramirez_

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
James Avery Craftsman, Inc.
Number/Street/Apartment Number ▼
P. O. Box 1367
City/State/ZIP ▼
Kerrville, Texas  78028

**Have you:**
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
● Enclosed your deposit material
  with the application and fee?
**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1983; 361-278/504                                    August 1983—120,000

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-746-397

**Effective date of
registration:**

October 28, 2010

---

## Title

**Title of Work:** HIS LOVE CROSS(C-1204)(C-1204-14)

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 31, 2009     **Nation of 1st Publication:** United States

## Author

■    **Author:** James Avery Craftsman Inc.

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** James Avery Craftsman Inc.

PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions

**Organization Name:** James Avery Craftsman Inc.

**Address:** PO BOX 291367

AVERY ROAD

KERRVILLE, TX 78029  United States

## Certification

**Name:** Judy Fabro

**Date:** October 28, 2010

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-164-884**

**Effective date of registration:**

March 20, 2014

---

## Title

**Title of Work:** ENAMEL FLORAL MISSION CROSS WITH TURQUOISE (CM-2561-SS)

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** JAMES AVERY CRAFTSMAN INC.
  **Author Created:** jewelry design

  **Work made for hire:** Yes
  **Citizen of:** United States                **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** JAMES AVERY CRAFTSMAN INC.

PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions

**Organization Name:** JAMES AVERY CRAFTSMAN INC.

**Address:** PO BOX 291367

AVERY ROAD

KERRVILLE, TX 78029  United States

## Certification

**Name:** LINDA LAKE

**Date:** March 20, 2014

---

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
UNITED STATES COPYRIGHT OFFICE
REGI: **VA 1-033-299**

( VA )        VAU

EFFECTIVE DATE OF REGISTRATION

**MAY 1 6 2000**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

" MOTHER'S LOVE " CHARM        ( CM-1530 )

**NATURE OF THIS WORK ▼** See instructions

_Jewelry Design_

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**

JAMES AVERY CRAFTSMAN, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ USA
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original Jewelry Design

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ April        Day ▶ 25        Year ▶ 2000
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

AVERY, accepted alternate designation for JAMES AVERY CRAFTSMAN, INC.
P. O. Box 1367, Kerrville, TX 78029-1367

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
MAY 16 2000
ONE DEPOSIT RECEIVED
MAY 16 2000
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.        • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _2_ pages

FORM VA

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                            Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

JAMES AVERY CRAFTSMAN, INC.
P. O. BOX 1367
KERRVILLE, TX 78029-1367

Area Code & Telephone Number ▶        210-895-1122

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   JAMES AVERY CRAFTSMAN, INC.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GLORIA R. CORTEZ                                    date ▶  05-04-00

Handwritten signature (X) ▼
_Gloria R. Cortez_

**MAIL
CERTIFI-
CATE TO**

Name ▼
JAMES AVERY CRAFTSMAN, INC.
Number/Street/Apartment Number ▼
P. O. BOX 1367
City/State/ZIP ▼
KERRVILLE, TX 78029-1367

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1993—100,000

CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

UNITED STATES COPYRIGHT OFFICE

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

Ri

**VA 855-189**



EFFECTIVE DATE OF REGISTRATION

**MAY 1 9 1997**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Mother's Love Pin   ( P-911 )

NATURE OF THIS WORK ▼ See Instructions

*Jewelry Design*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** JAMES AVERY CRAFTSMAN, INC.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original Jewelry Design

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1996 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 26   Year ▶ 1996
USA   ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

J.A., accepted alternate designation for
JAMES AVERY CRAFTSMAN, INC.
P. O. Box 1367, Kerrville, TX 78029-1367

APPLICATION RECEIVED
MAY 19 1997
ONE DEPOSIT RECEIVED
MAY 19 1997
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                           **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

JAMES AVERY CRAFTSMAN, INC.
P. O. BOX 1367
KERRVILLE, TX 78029-1367

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶   210-895-1122

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   JAMES AVERY CRAFTSMAN, INC.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GLORIA R. CORTEZ                                        date ▶   05/13/97

Handwritten signature (X) ▼

*Gloria R. Cortez*

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
JAMES AVERY CRAFTSMAN, INC.
Number/Street/Apartment Number ▼
P. O. BOX 1367
City/State/ZIP ▼
KERRVILLE, TX 78029-1367

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-754-561

**Effective date of registration:**

December 30, 2010

## Title
**Title of Work:** ROSE BLOSSOM PNDT (CM-1982, CM-1982-14)

## Completion/Publication
**Year of Completion:** 2009

**Date of 1st Publication:** December 23, 2009          **Nation of 1st Publication:** United States

## Author
- **Author:** James Avery Craftsman Inc.
  **Author Created:** jewelry design

  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** James Avery Craftsman Inc.
PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions
**Organization Name:** James Avery Craftsman Inc.
**Address:** PO BOX 291367
AVERY ROAD
KERRVILLE, TX 78029 United States

## Certification
**Name:** Judy Fabro
**Date:** December 30, 2010

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| VA   65-098 |
| VA           VAU |

EFFECTIVE DATE OF REGISTRATION
0 2 JAN 1991
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**① Title**

TITLE OF THIS WORK:
ROSE SLIDE RING   (R-690)

NATURE OF THIS WORK: (See instructions)
Jewelry Design

Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ............... Vol ... No ... Date ... Pages ...

**② Author(s)**

IMPORTANT:   Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
James Avery Craftsman, Inc.
Was this author's contribution to the work a "work made for hire"?   Yes.. X   No......

DATES OF BIRTH AND DEATH:
Born ....... Died .......
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....... U.S.A. ....... } or { Domiciled in .......
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes   No   X
Pseudonymous?   Yes   No   X

AUTHOR OF: (Briefly describe nature of this author's contribution)
Original Jewelry Design

If the answer to either of these questions is "Yes," see detailed instructions attached

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born ....... Died .......
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....... } or { Domiciled in .......
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes   No
Pseudonymous?   Yes   No

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born ....... Died .......
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....... } or { Domiciled in .......
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes   No
Pseudonymous?   Yes   No

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year...... 1980
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ....... October 22, 1980
(Month)   (Day)   (Year)
Nation ....... U.S.A.
(Name of Nation)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

James Avery Craftsman, Inc.
P.O. Box 1367
Kerrville, Texas   78028

TRANSFER: (If the copyright claimant(s) named here in space 4 is different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
• *Follow detailed instructions attached* • *Sign the form at line 8*

DO NOT WRITE HERE
Page 1 of ..... pages

| | EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: RAS | J2 JAN 1981 | |
| VA 65-098 | CORRESPONDENCE:<br>☐ Yes | DEPOSIT RECEIVED:<br>0 2 JAN 1981 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| | DEPOSIT ACCOUNT<br>FUNDS USED:<br>☐ | REMITTANCE NUMBER AND DATE:<br>70722 JAN 201 | |

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........No X......

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number.................... Year of Registration...............

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
...................................................................................................
...................................................................................................
...................................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
...................................................................................................
...................................................................................................
...................................................................................................

**⑥** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: .......................................

Account Number: .......................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: James Avery Craftsman, Inc.
Address: P.O. Box 1367 ........................(Apt.)
Kerrville, Texas    78028
(City)            (State)          (ZIP)

**⑦** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of
James Avery Craftsman, Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature: (X) _Susan Denman_

Typed or printed name: Susan Denman          Date: 12/23/80

**⑧** Certification (Application must be signed)

James Avery Craftsman, Inc.
(Name)
P.O. Box 1367
(Number, Street and Apartment Number)
Kerrville, Texas    78028
(City)        (State)      (ZIP code)

**MAIL
CERTIFICATE
TO**

(Certificate will be mailed in window envelope)

**⑨** Address for Return of Certificate

✱ **17 U.S.C. § 506(e): FALSE REPRESENTATION** – Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1979-281-421/5

March 1979—100,000

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Fallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-850-188

**Effective date of
registration:**

February 11, 2013

## Title

**Title of Work:** ROSE BLOSSOM EP (EP-1723-SS)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** March 23, 2012      **Nation of 1st Publication:** United States

## Author

**Author:** James Avery Craftsman Inc.

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** James Avery Craftsman Inc.

PO BOX 291367, AVERY ROAD, KERRVILLE, TX, 78029, United States

## Rights and Permissions

**Organization Name:** James Avery Craftsman Inc.

**Address:** PO BOX 291367

AVERY ROAD

KERRVILLE, TX 78029  United States

## Certification

**Name:** Judy Fabro

**Date:** February 11, 2013