IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES AVERY CRAFTSMAN, INC. §<br>  Plaintiff, §<br>§<br>v. §<br>§<br>SAM MOON TRADING §<br>ENTERPRISES, LTD. §<br>dba SAM MOON TRADING CO., §<br>MOON BROTHERS MANAGEMENT, §<br>INC. dba SAM MOON GROUP, JC & §<br>ME COLLECTION, INC., and §<br>MODERN SILVER JEWELRY, INC. §<br>§<br>  Defendants. § | CIVIL ACTION NO. 5:16-cv-463-OLG |

**DEFENDANT, JC & ME COLLECTION, INC's**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER.**

COMES NOW Defendant, JC & ME COLLECTION, INC., and files this, its Unopposed Motion For Extension of Time to Answer, seeking leave to extend time to respond to Plaintiff's Second Amended Complaint, pursuant to Federal Rules of Civil Procedure Rule 6(b)(1), and in the interests of justice and judicial economy.

  1. Counsel for Defendant has conferred with counsel for Plaintiff James Avery Craftsman Inc,. and attorneys for each of the parties listed in the attached Certificate of Conference. Plaintiff has AGREED to an extension of time and other Defendants' counsel have made representations such that each party listed in the Certificate of Conference is UNOPPOSED to Defendant's request to extend time until Tuesday, January 31, 2017.

  2. 2. Defendants respectfully move the Court to enter an order setting the deadline for Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint as Tuesday, January 31, 2017.

3. This request is not made for the purpose of delay, but instead to allow sufficient time for Defendant to confer with its counsel, for the review and investigation into the factual circumstances alleged in the Complaint, and to further the interests of justice.

Dated: January 17, 2017

                                     Respectfully submitted,

                                       Nathan Roach
                                     INNOCENTI JONES PLLC
                                     110 E. Houston St., 8th Fl.
                                     San Antonio, Texas 78205
                                     (210) 887-4855
                                     (210) 819-4340 fax

                                     By:  /s/ Nathan G. Roach
                                              SBN/WDBN   24052985
                                             ATTORNEY FOR DEFENDANT
                                             JC & ME COLLECTION, INC.

## CERTIFICATE OF CONFERENCE

      I hereby certify that I have conferred with each of the following counsel by phone and/or email and have obtained representations from counsel for each party that the foregoing motion is unopposed:

J. Daniel Harkins
State Bar No. 09008990 dharkins@dykema.com
Sherri Wilson
State Bar No. 24075291 swilson@dykema.com
DYKEMA COX SMITH
112 E. Pecan Street, Suite 1800 San Antonio, Texas 78205
T: (210) 554-5500 F: (210) 226-8395
Attorneys for Plaintiff
James Avery Craftsman, Inc.

Benjamin J. Setnick
State Bar No. 24058820 bensetnick@andrewskurth.com
Matthew Nielsen
State Bar No. 24032792 matthewnielsen@andrewskurth.com
ANDREWS KURTH LLP
1717 Main Street, Suite 3700 Dallas, TX 75201
Phone: 214-659-4400 Fax: 214-659-4401
Attorneys for Defendants
Moon Brothers Management, Inc. and Sam Moon Trading Enterprises, Ltd.

Eric A. Hinojosa
State Bar No. 24092519
eric@ehiplaw.com
LAW OFFICE OF ERIC HINOJOSA PLLC 190 Palma Noce
San Antonio, TX 78253 Phone: 210-722-0312
Attorney for Defendant Modern Silver Jewelry, Inc.

                                              /s/ Nathan G. Roach
                                              Nathan G. Roach

## CERTIFICATE OF SERVICE

      I hereby certify that on Wednesday, January 18, 2017, a true and correct copy of the foregoing DEFENDANT, JC & ME COLLECTION, INC's UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, was sent via CM/ECF to the following:

J. Daniel Harkins
State Bar No. 09008990 dharkins@dykema.com
Sherri Wilson
State Bar No. 24075291 swilson@dykema.com
DYKEMA COX SMITH
112 E. Pecan Street, Suite 1800 San Antonio, Texas 78205
T: (210) 554-5500 F: (210) 226-8395
Attorneys for Plaintiff
James Avery Craftsman, Inc.

Benjamin J. Setnick
State Bar No. 24058820 bensetnick@andrewskurth.com
Matthew Nielsen
State Bar No. 24032792 matthewnielsen@andrewskurth.com
ANDREWS KURTH LLP
1717 Main Street, Suite 3700 Dallas, TX 75201
Phone: 214-659-4400 Fax: 214-659-4401
Attorneys for Defendants
Moon Brothers Management, Inc. and Sam Moon Trading Enterprises, Ltd.

Eric A. Hinojosa
State Bar No. 24092519
eric@ehiplaw.com
LAW OFFICE OF ERIC HINOJOSA PLLC 190 Palma Noce
San Antonio, TX 78253 Phone: 210-722-0312
Attorney for Defendant Modern Silver Jewelry, Inc.

                                              /s/ Nathan G. Roach
                                              Nathan G. Roach