**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JAMES AVERY CRAFTSMAN, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 5:16-cv-00463-OLG** |
| | § | |
| **SAM MOON TRADING** | § | |
| **ENTERPRISES, LTD. dba SAM MOON** | § | |
| **TRADING CO.; JC & ME** | § | |
| **COLLECTION, INC.; and MODERN** | § | |
| **SILVER JEWELRY, INC.; SHENZHEN** | § | |
| **MASCOT JEWELRY CO., LTD.; and** | § | |
| **JOHN DOE,** | § | |
| | § | |
| **Defendants.** | | |

**JOINT ADVISORY TO THE COURT REGARDING PLAINTIFF JAMES AVERY'S
MOTION TO COMPEL AND DEFENDANT SAM MOON'S MOTION TO COMPEL
AND MOTION TO ABATE PENDING SETTLEMENT DISCUSSIONS**

Plaintiff James Avery Craftsman, Inc. ("James Avery") and Defendant Sam Moon Trading

Enterprises, Ltd. dba Sam Moon Trading Company ("Sam Moon") (collectively, the "Parties")

now file this their Advisory to the Court Regarding James Avery's Motion to Compel (Dkt. 51)

and Sam Moon's Motion to Compel (Dkt. 46), and in support hereof, respectfully state as follows:

1.       On July 10, 2017, Sam Moon filed its Motion to Compel to order James Avery to

produce requested samples and allow Sam Moon to supplement its expert report twenty-one days

after such production. *See* Dkt. 46.

2.       On July 13, 2017, James Avery filed its Response to Sam Moon's Motion to

Compel. *See* Dkt. 50.

3.       On July 13, 2017, James Avery filed its Motion to Compel Production of

Documents from Defendants. *See* Dkt. 51.

4.      On July 20, 2017, Sam Moon filed its Reply in Support of Sam Moon's Motion to Compel (Dkt. 53) and Response in Opposition to James Avery's Motion to Compel Production of Documents from Defendants (Dkt. 54).

5.      James Avery has not yet filed its Reply in Support of its Motion to Compel Production of Documents from Defendants.

6.      On July 20, 2017, Plaintiff James Avery and Defendant Sam Moon entered into further settlement discussions since attending the Court's ordered mediation.

7.      In order to conserve judicial resources necessary to address the pending Motions and to allow the Parties to continue their settlement discussions without pressure from preparing further briefing in support of the Motions to Compel before those settlement discussions have run their course, the Parties file this Advisory to notify the Court that the Parties are currently in settlement discussions and hereby request the Court place the Motions in abeyance while the Parties are negotiating a possible settlement.

8.      The Parties anticipate that, if they are able to reach an agreement on the terms of a settlement, they should be able to complete the negotiations within the next several weeks.  The Parties will advise the Court of the status of their settlement discussions on or before August 18, 2017.

9.      In the event a settlement agreement is not reached, the Parties request the Court to allow James Avery until August 25, 2017 to file its Reply in Support of James Avery's Motion to Compel the Production of Documents from Defendants.

Date:   July 26, 2017                          Respectfully submitted,

By: /s/   *J. Daniel Harkins*
    J. Daniel Harkins
    State Bar No. 09008990
    dharkins@dykema.com
    Sherri Wilson
    State Bar No. 24075291
    swilson@dykema.com
    DYKEMA COX SMITH
    112 E. Pecan Street, Suite 1800
    San Antonio, Texas 78205
    T: (210) 554-5500
    F: (210) 226-8395

*Attorneys for Plaintiff*
*James Avery Craftsman, Inc.*

By: /s/   *Benjamin Setnick*
    Marc D. Katz
    State Bar No. 00791002
    marckatz@andrewskurth.com
    Benjamin J. Setnick
    State Bar No. 24058820
    bensetnick@andrewskurth.com
    ANDREWS KURTH LLP
    1717 Main Street, Suite 3700
    Dallas, TX 75201
    Phone: 214-659-4400
    Fax: 214-659-4401

*Attorneys for Defendant*
*Sam Moon Trading Enterprises, Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules, I hereby certify that all counsel of record who have appeared in this case are being served on July 26, 2017 with a copy of the foregoing via the Court's CM/ECF system.

/s/ *Sherri A. Wilson*
Sherri A. Wilson